UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR622-010 |
| ) | |
| ALEXYS RIVERA-CUEVAS ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Harry D. Dixon, Jr.** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Harry D. Dixon, Jr.** be granted leave of absence for the following periods: September 15, 2023; November 3, 2023; and November 10, 2023 through November 13, 2023.

**SO ORDERED**, this the ___11th___ day of September, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA